| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Smith, Jr., Milan D | 2. Court or Organization<br><br>Ninth Circuit | 3. Date of Report<br><br>2/15/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge-Nominee | 5. ReportType (check appropriate type)<br><br>◉ Nomination,    Date    2/14/2006<br><br>○ Initial    ○ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2005<br>to<br>2/15/2006 |
| 7. Chambers or Office Address<br><br>Suite 500<br>21515 Hawthorne Blvd<br>Torrance, CA 90503 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing Partner | Smith Crane Robinson & Parker LLP |
| 2. | Sole Proprietor | Milan Smith Real Estate Broker |
| 3. | Chairman-Board of Visitors | Claremont Graduate University-School of Religion |
| 4. | Director | Deseret Trust Company of California |
| 5. | Board of Advisors | Fraternity of Friends of the Music Center of Los Angeles County |
| 6. | Co-Trustee with Wells Fargo Bank | Trust 1 |
| 7. | Member of LDS Council | Claremont Graduate University-School of Religion |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Smith Crane Robinson & Parker LLP. Provides for distributions of cash or assets upon dissolution of partnership based upon percentage interest in partnership. |
| 2. | 2005 | Smith Crane Robinson & Parker LLP Defined Benefit Plan. If filer is confirmed, plan will be dissolved and his share transferred to appropriate distributee. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Smith Crane Robinson & Parker LLP-Income from law firm | $353,738 |
| 2. | 2005 | Smith Crane Robinson & Parker LLP-Income from law firm | $374,767 |
| 3. | 2006 | Smith Crane Robinson & Parker LLP-Income from law firm | $46,846 |
| 4. | 2004 | Income from service as Trustee for Trust 1 | $5,661 |
| 5. | 2005 | Income from service as Trustee for Trust 1 | $2198 |
| 6. | 2006 | Income from service as Trustee for Trust 1 | $211 |
| 7. | 2004 | Directors Fee-Deseret Trust Company of California | $600 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Smith Crane Robinson & Parker LLP-Income from law firm |
| 2. | 2006 | Smith Crane Robinson & Parker LLP-Income from law firm |
| 3. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | EXEMPT | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Jr., Milan D | 2/15/2006 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 2/15/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Smith Crane Robinson & Parker LLP Defined Benefit Pen Plan | F | Interest | O | T | EXEMPT | | | | |
| 2. Duke Energy Corp | A | Dividend | J | T | | | | | |
| 3. Alltel Corp (Del) | A | Dividend | K | T | | | | | |
| 4. American Intl Group, Inc. | A | Dividend | | | | | | | |
| 5. Cendant Corp | A | Dividend | | | | | | | |
| 6. Chevron Corp | B | Dividend | K | T | | | | | |
| 7. General Electric Co. | A | Dividend | K | T | | | | | |
| 8. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 9. JP Morgan Chase & Co. | A | Dividend | | | | | | | |
| 10. Kimberly Clark Corp | A | Dividend | K | T | | | | | |
| 11. Microsoft Corporation | D | Dividend | L | T | | | | | |
| 12. Neenah Paper Inc. | A | Distribution | | | | | | | |
| 13. Pfizer Incorporated | A | Dividend | | | | | | | |
| 14. Blackrock CA Ins Muni 2008 | A | Dividend | | | | | | | |
| 15. VK Muni Inc Trust-Com | A | Dividend | | | | | | | |
| 16. Coca-Cola Company | A | Dividend | K | T | | | | | |
| 17. Tamarack Prime MM | D | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 2/15/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Automated XXX Cash Mgmt Trust-SS | A | Dividend | J | T | EXEMPT | | | | |
| 19. Harrahs Entertainment Inc. | A | Dividend | K | T | | | | | |
| 20. Intuitive Surgical Inc. | | None | K | T | | | | | |
| 21. McCormick and Schmicks Seafood Restaurants Inc. | | None | K | T | | | | | |
| 22. Somanetics Corp New | | None | J | T | | | | | |
| 23. Tribune Company New | A | Dividend | | | | | | | |
| 24. Franklin Multi Income Trust | A | Dividend | | | | | | | |
| 25. Putnam High Income Bond Fund | | None | | | | | | | |
| 26. Kinder Morgan Energy Partners LP Unit Ltd Partnershihp | A | Distribution | | | | | | | |
| 27. American Tower Corp CL A | | None | K | T | | | | | |
| 28. Allstate Corp | A | Dividend | K | T | | | | | |
| 29. Constellation Brands, Inc Cl A | | None | K | T | | | | | |
| 30. Constellation Energy Group | A | Dividend | K | T | | | | | |
| 31. Dell Inc. | | None | K | T | | | | | |
| 32. Devon Energy Corp New | A | Dividend | K | T | | | | | |
| 33. Dow Chemical Company | B | Dividend | K | T | | | | | |
| 34. Fortune Brands Inc. | A | Dividend | K | T | | | | | |
| 35. General Motors Corp | A | Dividend | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2) U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 2/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. Goldman Sachs Group Inc. | A | Dividend | K | T | EXEMPT | | | | |
| 37. Intl Game Technology | A | Dividend | K | T | | | | | |
| 38. L 3 Communications Corp | A | Dividend | K | T | | | | | |
| 39. Pepsico Incorporated | A | Dividend | K | T | | | | | |
| 40. Public Svc Enterprises Group Inc. | A | Dividend | | | | | | | |
| 41. Sempra Energy | A | Dividend | K | T | | | | | |
| 42. Time Warner Inc. | A | Dividend | K | T | | | | | |
| 43. Whole Foods Mkt Inc. | A | Dividend | K | T | | | | | |
| 44. BP PLC Spons Adr | A | Dividend | | | | | | | |
| 45. Canadian Natl Ry Co. | A | Dividend | K | T | | | | | |
| 46. Koninklijke Philips Electrs NV (New) | A | Dividend | K | T | | | | | |
| 47. Morgan Stanley Energ Mkts Fd Inc. | A | Dividend | | | | | | | |
| 48. Nabors Industries Ltd. | | None | K | T | | | | | |
| 49. Teco Energy Inc. | B | Dividend | K | T | | | | | |
| 50. Boeing Co | A | Dividend | K | T | | | | | |
| 51. Disney Walt Co Disney Com | A | Dividend | J | T | | | | | |
| 52. Intel Corp | A | Dividend | | | | | | | |
| 53. Mellon Finl Corp (PA) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,000-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 2/15/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 54. Viacom Inc CL A | A | Dividend | J | T | EXEMPT | | | | |
| 55. Templeton Growth-A | B | Dividend | K | T | | | | | |
| 56. Fidelity Adv Muni Inc-T | A | Dividend | | | | | | | |
| 57. Mojave Water Ag Imp Dist CA Go B/E FGIC-5.300 9/1/06 | A | Interest | | | | | | | |
| 58. Los Angeles CNTY CA Pension Ob 6.770 6/30/05 | B | Interest | | | | | | | |
| 59. Stockton CA Pub Fing Rev Ref West Eight Str FSA CPN: 3.000 | A | Interest | | | | | | | |
| 60. First Colony Life Policy | | None | J | T | | | | | |
| 61. Aetna Life Policy | | None | K | T | | | | | |
| 62. McDonalds Corp | A | Dividend | J | T | | | | | |
| 63. Sprint Nextel Corp | A | Dividend | J | T | | | | | |
| 64. California Pizza Kitchen | | None | J | T | | | | | |
| 65. Quanta SVCS Inc | | None | J | T | | | | | |
| 66. CBS Corp Cl A | A | Dividend | | | | | | | |
| 67. Encana Corp | A | Dividend | K | T | | | | | |
| 68. Petrochina Company Ltd Adr Shs Ser H | A | Dividend | J | T | | | | | |
| 69. Franklin Ltd Mat US Govt Sec A | C | Interest | M | T | | | | | |
| 70. Ishares Tr Us Treas Infl Protection Secs FD | B | Interest | | | | | | | |
| 71. AIM Short Term Bd Cl C | C | Interest | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 2/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 72. Ameritech Cap Fdg Corp 6.150 1/15/08 | A | Interest | | | EXEMPT | | | | |
| 73. CIT Group Inc 4.300 2/15/07 | A | Interest | | | | | | | |
| 74. CNA Financial Corp 6.6000 12/15/08 | A | Interest | | | | | | | |
| 75. Commercial Credit 6.625 11/15/06 | A | Interest | | | | | | | |
| 76. Credit Suisse FB USA Inc. 5.750 4/15/07 | A | Interest | | | | | | | |
| 77. DaimlerChrysler NA Hldg 7.200 9/1/09 | A | Interest | | | | | | | |
| 78. Dow Chemical Company 5.750 12/15/12 | A | Interest | | | | | | | |
| 79. Dow Chemical Company 5.3000 3/15/13 | A | Interest | | | | | | | |
| 80. First Chicago NBD Corp 6.125 2/15/06 | A | Interest | | | | | | | |
| 81. Franklin Universal Trust | C | Interest | J | T | | | | | |
| 82. General Electric Cap Corp 8.125 5/15/12 | A | Interest | | | | | | | |
| 83. General Electric Cap Corp 4.000 4/15/10 | A | Interest | | | | | | | |
| 84. Goldman Sachs 5.250 10/15/13 | A | Interest | | | | | | | |
| 85. Hartford Life 4.500 6/15/12 | A | Interest | | | | | | | |
| 86. Household Fin Corp 5.000 11/15/07 | A | Interest | J | T | | | | | |
| 87. Household Fin Corp 5.875 2/1/09 | A | Interest | | | | | | | |
| 88. Intermendiate Bond Fund America | A | Interest | | | | | | | |
| 89. Intl Lease Fin Corp 4.375 11/1/09 | A | Interest | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 2/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 90. Intl Lease Fin Corp 4.200 2/15/10 | A | Interest | | | EXEMPT | | | | |
| 91. John Hancok Life Ins Co 4.150 2/15/12 | A | Interest | | | | | | | |
| 92. La Salle Fndg LLC Multi 3.000 1/15/11 | A | Interest | | | | | | | |
| 93. McDonald's Corp 6.000 4/15/11 | A | Interest | | | | | | | |
| 94. MFS Charter Income Trust | B | Interest | | | | | | | |
| 95. MFS Govt Markets Income | B | Interest | | | | | | | |
| 96. MFS Intermediate Income Trust | B | Interest | | | | | | | |
| 97. Motorola Inc. 7.625 11/15/10 | A | Interest | | | | | | | |
| 98. National Rural Utilities 4.125 2/15/11 | A | Interest | | | | | | | |
| 99. New York Tel Co. 7.000 6/15/13 | A | Interest | | | | | | | |
| 100. Pitney Bowes Inc 5.875 5/1/06 | A | Interest | | | | | | | |
| 101. Putnam Master Intrmd Income Tr | B | Interest | | | | | | | |
| 102. Solomon Bros Var Rate Strategic Fund | B | Interest | | | | | | | |
| 103. TRW Inc. | A | Interest | | | | | | | |
| 104. Van Kampen Income Tr Shs Ben Int | C | Interest | | | | | | | |
| 105. Ford Motor Credit Co 7.875 6/15/10 | A | Interest | | | | | | | |
| 106. Ford Motor Credit Co 7.250 10/25/11 | A | Interest | | | | | | | |
| 107. Ford Motor Credit Co 5.625 10/1/08 | A | Interest | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 2/15/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 108. General Motors Accp Corp 6.125 11/15/08 | A | Interest | J | T | EXEMPT | | | | |
| 109. General Motors Accp Corp 5.750 9/15/06 | A | Interest | J | T | | | | | |
| 110. General Motors Accp Corp 5.400 2/15/09 | A | Interest | | | | | | | |
| 111. General Motors Accp Corp 5.625 5/15/09 | A | Interest | | | | | | | |
| 112. General Motors Accp Corp 5.500 7/15/07 | A | Interest | | | | | | | |
| 113. JC Penney & Co 6.500 12/15/07 | A | Interest | | | | | | | |
| 114. Teco Energy Inc 7.200 5/1/11 | A | Interest | | | | | | | |
| 115. Toys R Us 6.875 8/1/06 | A | Interest | | | | | | | |
| 116. Solomon 2008 World Term Trust | C | Interest | | | | | | | |
| 117. Allegheny Cnty PA Hosp 5.400 5/1/06 | B | Interest | K | T | | | | | |
| 118. Anaheim CA Pub Fing Auth 5.000 10/1/10 | A | Interest | J | T | | | | | |
| 119. Blackrock CA Ins Muni 2008 | C | Interest | L | T | | | | | |
| 120. Blackrock Ins Muni 2008 | B | Interest | | | | | | | |
| 121. California St Dept 0.000 3/1/08 | | None | J | T | | | | | |
| 122. California St Go 5.000 11/1/07 | A | Interest | | | | | | | |
| 123. California St Pub Wks | | None | J | T | | | | | |
| 124. East Bay Calif Mun Util 4.800 6/1/-8 | A | Interest | J | T | | | | | |
| 125. Fidelity Adv Muni Inc-T | B | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 2/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 126. Las Vegas-Clark Cnty NV 2.750 6/1/07 | A | Interest | J | T | EXEMPT | | | | |
| 127. Los Angeles Cnty Calif 6.900 6/30/08 | A | Interest | | | | | | | |
| 128. Mohave Water Agency 5.300 9/1/06 | A | Interest | J | T | | | | | |
| 129. Municipal Advantage FD Inc. | B | Interest | K | T | | | | | |
| 130. Parlier Calif Redev Agy 4.650 8/1/10 | A | Interest | J | T | | | | | |
| 131. Pasadena CA Electric 5.000 8/1/09 | A | Interest | J | T | | | | | |
| 132. Putnam CA Inv Grade Muni | B | Interest | | | | | | | |
| 133. Sacramento CA Mud Rev 5.250 8/15/09 | A | Interest | K | T | | | | | |
| 134. Sacramento Cnty CA Arpt 6.000 7/1/16 | A | Interest | K | T | | | | | |
| 135. Franklin Income Series A | C | Interest | K | T | | | | | |
| 136. Enterprise Prods | B | Distribution | K | T | | | | | |
| 137. Kinder Morgan Energy | B | Distribution | K | T | | | | | |
| 138. Oceanside CA Cert Rdp 6.100 4/1/05 | A | Interest | | | | | | | |
| 139. Van Kampen Sr. Income | A | Interest | | | | | | | |
| 140. Oneok Inc New | B | Dividend | K | T | | | | | |
| 141. Active Power Inc. | | None | K | T | | | | | |
| 142. Spectranetics Corp. | | None | J | T | | | | | |
| 143. Acco Brands Corp | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 2/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 144. BP PLC Spons Adr | A | Dividend | K | T | EXEMPT | | | | |
| 145. Mississippi St. Go 5.250 07/01/08 | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Jr., Milan D | 2/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

PART III

III (A) (2).  Smith Crane Robinson & Parker LLP income per partner is not finally determined until our tax returns are prepared. Accordingly, this figure is approximate only.

III (A) (3).  Smith Crane Robinsin & Parker LLP income per partner for the months of January through February 15, 2006 has not yet been determined. Accordingly, this figure is approximate only.

PART VII

Trust 1 assets are excluded since I have no control over the investment, sale or purchase of trust assets, but am limited to distributions from the Trust, according to the terms of the Trust.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Jr., Milan D | 2/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date  2 – 17 – 06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 226 | 416 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 1 | 840 | 694 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | 28 | 000 | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 442 | 080 |
| Real estate owned-add schedule | 1 | 995 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 141 | 000 | | | | |
| Cash value-life insurance | | 52 | 967 | | | | |
| Other assets itemize: | | | | | | | |
| Law firm defined benefit plan | | 835 | 422 | | | | |
| Interest in law firm assets | | 100 | 000 | | | | |
| | | | | Total liabilities | | 442 | 080 |
| | | | | Net Worth | 4 | 777 | 419 |
| Total Assets | 5 | 219 | 499 | Total liabilities and net worth | 5 | 219 | 499 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | YES | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |